NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2013-1211

GABRIEL TECHNOLOGIES CORPORATION
and TRACE TECHNOLOGIES, LLC,

Plaintiffs,

v.

QUALCOMM INCORPORATED,
SNAPTRACK, INC., and NORMAN KRASNER,

Defendants-Appellees,

v.

WANG, HARTMAN, GIBBS & CAULEY, P.L.C.,

Movant-Appellant.

Appeal from the United States District Court for the Southern District of California in No. 08-CV-1992, Judge Anthony J. Battaglia.

ON MOTION

O R D E R

Upon consideration of Movant-Appellant's amended unopposed motion for an extension of time, until September 19, 2013, to file its initial brief,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All remaining motions are moot.

FOR THE COURT

| June 17, 2013 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk |

cc: Steven Marc Strauss, Esq.
John D. Van Loben Sels, Esq.

m2